JACQUES A. DAVIS, Respondent, v. E. F. B. HOLDING CORP. and IRVING ROSEN-WASSER, Appellants, and Another, Defendant.— Action to recover on a bond and a collateral bond. Judgment in favor of plaintiff affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Adel and Taylor, JJ., concur; Close, J., dissents and votes to reverse the judgment, to dismiss the complaint, and to grant judgment to the corporate appellant upon its counterclaim, with the following memorandum: The indisputable inference to be drawn from the facts presented by this record is that the instruments sued on were executed as part of a plan and scheme to compound a felony.

PETER DIOCCA, Appellant, v. NEW YORK DOCK COMPANY, Respondent.— Action for damages for injuries sustained as the result of the alleged negligence of the defendant in maintaining over a doorway a defective plank which fell upon plaintiff while he was engaged in unloading cargo from a steamship. Plaintiff's proof showed that the cable of a boom used in the operation of unloading struck against the alleged defective plank repeatedly, or at least occasionally, prior to the happening of the accident and prior to the time that the defect, consisting of the loosened plank, was observed. Judgment for defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ADOLPH DOLL, Respondent, v. GEORGE C. LUCAS and ETHEL LUCAS, Appellants. — Action to recover from defendants interest unpaid upon their bond, and to recover also the amount of taxes, liens upon premises mortgaged as security for the payment of the amount of the bond and interest, as therein specified, which taxes defendants agreed to pay but omitted to do so, whereupon plaintiff duly paid same. Order granting plaintiff's motion for summary judgment under rule 113 of the Rules of Civil Practice, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.